IN THE UNITED STATES DISTRCT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JAGTAR SINGH,**<br>        **Petitioner**<br><br>**v.**<br><br><br>**MICHAEL T. ROSE,** *et al.* | Case No.: 2:26-cv-1201-JLS |

## ORDER

   **AND NOW**, this 24ᵗʰ day of April, 2026, upon receipt of the Respondents' Certificate of Compliance for release (ECF No. 6), **IT IS HEREBY ORDERED THAT** the Clerk of Court is **DIRECTED** to **CLOSE** this case.[1]

BY THE COURT:

*/s/ Jeffrey L. Schmehl*
**JEFFREY L. SCHMEHL**
United States District Court Judge

---

[1] The Court shall retain jurisdiction of this matter for ninety (90) days unless otherwise ordered.